IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>GRANITE RESOURCES LLP<br><br>Debtor | Case No. 13-41791<br>Chapter 7 |

**MOTION TO APPROVE SALE OF CERTAIN OIL AND GAS INTERESTS TO
JOHN Y. AMES FREE OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES**

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

Mark A. Weisbart, Chapter 7 Trustee of the bankruptcy estate of Granite Resources LLP, files this Motion to Approve Sale of Certain Oil and Gas Interest to John Y. Ames Free and Clear of all Claims, Liens, Interests and Encumbrances (the "Sale Motion"), and in support hereof, would show the Court as follows:

**I. JURISDICTION**

1. This Court has jurisdiction to hear this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the Order of Reference for the United States District Court for the Eastern District of Texas.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory and legal predicates for the relief requested herein are §§ 105(a), 363, 365 and 704 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 6004, 9006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 6004 of the Local Rules of Bankruptcy Procedure (the "Local Rules") for the United States Bankruptcy Court for the Eastern District of Texas (the "Court").

## II. FACTUAL AND PROCEDURAL BACKGROUND

4. On July 23, 2013, Granite Resources LLP (the "Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code commencing the above-reference bankruptcy case. Mark A. Weisbart is the duly appointed Trustee.

5. On August 8, 2013, Debtor filed it Schedules and Statement of Financial Affairs. The Schedules did not identify certain oil and gas interests managed by the Debtor on behalf of various investors (the "Participants") pursuant to certain Participation Agreements.

6. Under the Participation Agreements, the Participants acquired a percentage working interest in a particular well and were responsible for their respective share of drilling, completion, and operating costs of that well. Debtor retained title to the working interest in its name and dealt directly with third party operators related to the wells. Debtor typically retained a small working interest in its name. The aggregate working interests held in a particular well by the Debtor, either directly or in its name on behalf of the Participants, are hereinafter referred to as the "Working Interests."

7. On May 29 2014, Trustee filed his Motion to Authorize Trustee to Administer Oil & Gas Interests Subject to Participation Agreements (the "Administration Motion") seeking authority to administer the Working Interests by marketing and selling them under certain terms, including, without limitation, the right to sell them pursuant to Section 363, deduction from the sale proceeds the Trustee's reasonable fees and costs attributable to that Interest from such sales proceeds as part of any fee application or his Trustee's Final Report as approved by the Court, the; right to distribute the net proceeds from sale or operations to Participants based on the percentage of ownership outlined on the Lists, and that the proceeds attributable to the estate's direct ownership interest to be available to pay creditors of the estate upon approval of Trustee's Final Report.

8. The Administration Motion, and the relief requested therein, was approved by order of the Court entered on June 24, 2014.

9. In accordance with the Administration Motion and order approving same, Trustee has actively marketing the Working Interests for sale. Through these efforts, Trustee has received several offers to buy certain of the Working Interests. Trustee has received and accepted an offer from John Y. Ames ("Ames") to purchase all of the Working Interests related to the Duson A-1 Well, the Duson Russell B-1 Well, the Duson Russell B-2 Well, the Henry Unit #1 Well, the Kubela #1 Well, and the Russell A-1 Well (together the "Amexco Wells"). Ames is associated with Amexco, LLC, the current operator. A copy of the offer is attached hereto as Exhibit "A".

### III. RELIEF REQUESTED

10. By this Motion, Trustee requests authority to sell the Working Interests in the Amexco Wells in exchange for the above mentioned offer free and clear of all liens, claims and encumbrances pursuant to Section 363(f)(3), (4) and/or (5) of the Bankruptcy Code with any such liens, claims and encumbrances attaching to the sales proceeds, except for liens of taxing authorities for ad valorem taxes. Trustee is unaware of any lien on the Working Interests, except possible liens of taxing authorities for ad valorem taxes.

11. Trustee believes that Ames' offer represents fair value for these Working Interests, and it is Trustee's business judgment that the sale of the Working Interests in the Amexco Wells is in the best interest of the estate and its creditors.

12. The sale shall also be subject to the terms and provisions of the Order approving the Administration Motion.

13. Trustee further requests authorization to execute all documents necessary to consummate the closing of an approved sale.

14. Trustee further seeks waiver of the stay imposed by Bankruptcy Rule 6004(h) and

6006(d).

## IV. PRAYER

WHEREFORE the Trustee requests the Court enter an order (i) approving the sale of the Working Interests in the Amexco Wells to John Y. Ames pursuant to 11 U.S.C. § 363(f) free and clear of all liens, claims and encumbrances (except for ad valorem tax claims), (ii) authorizing him to disburse to the Participants of such Working Interests their respective pro rata share of the net sale proceeds, (iii) granting waiver of the stay requirements of Bankruptcy Rule 6004(d), and (v) granting him such other relief, both at law and in equity, to which he may be justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road Suite 541
Dallas, Texas 75251
(972) 628-3697 Phone
(972) 628-3687 Fax
weisbartm@earthlink.net

COUNSEL FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, this the 14th day of January, 2015.

/s/ Mark A. Weisbart
Mark A. Weisbart

| | |
|---|---|
| From: | Mark Weisbart |
| To: | All Interested Parties |
| Subject: | Bid on interest in oil & gas property |
| Date: | December 1, 2014 |

I am the Chapter 7 Bankruptcy Trustee in a case wherein I have to liquidate an oil and gas interest. You are receiving this offer to sell because I have received communication from you of your interest in these types of sales.

I am attaching the latest payment information issued to the Debtor.

If you are interested in purchasing, please send your bid either by email to weisbartm@earthlink.net or mail to: 12770 Coit Road, Suite 541, Dallas, TX 75251. I reserve the right to reject the highest bid, if, in my sole and absolute discretion, it does not represent fair market value or if there are any other contingencies or concerns associated with the bid.

**PLEASE COMPLETE THIS BID FORM AND RETURN IT SUCH THAT IT IS RECEIVED IN MY OFFICE NO LATER THAN 5:00 P.M. C.S.T. ON JANUARY 5, 2015. TRUSTEE RESERVES THE RIGHT TO EXTEND THIS DEADLINE.**

Upon receipt of the bids and my determination to proceed with the sale, I will advise the highest bidder of my acceptance of its offer. The terms of the sale shall be as is where is, without representation or warranty concerning the Interest and its condition, and subject to all liens, claims and encumbrances. **The sale will be effective as to all revenue earned after December 31, 2014.** It will be the responsibility of the purchaser to register and record the sale and/or conveyance documents with the proper taxing authorities and corresponding entity for transfer. A supplemental motion will be filed to confirm the highest bid.

Please include your name, address, phone number and email address. No deposit is required at this time. The bid must be for all wells. **THE HIGHEST COMBINED BIDS FOR ALL WELLS WILL BE CHOSEN, ALTHOUGH THE BIDS MUST BE ALLOCATED PER EACH WELL.**

Please contact me if you have any questions, (972) 628-3694.

| | |
|---|---|
| Property Name: | Duson A-1, Duson Russell B-1, Duson Russell B-2, Henry Unit #1, Kubela #1, Russell A-1 |
| Operator: | Dewbre Petroleum Corporation, as agent for Amexco, LLC |
| County/State: | Wharton County, Texas |
| Production: | Oil/Condensate (GAS) |

## BID FORM

**BIDDER INFORMATION:**

| | | | |
|---|---|---|---|
| NAME: | John Y. Ames | DUSON A-1 BID: | $ 1,500 |
| ADDRESS: | 711 Navarro, Ste 535 | DUSON RUSSELL B-1 BID | $ 1,000 |
| | San Antonio, TX 78205 | DUSON RUSSELL B-2 BID | $ 40,000 |
| PHONE NO.: | 210-494-4104 | HENRY UNIT #1 BID | $ 1,500 |
| EMAIL: | jyames1@sbcglobal.net | KUBELA #1 BID | $ 5,000 |
| | | RUSSELL A-1 BID | $ 1,000 |

Exhibit "A"

```
Label Matrix for local noticing        AT&T                                    Abbott, Brooks
0540-4                                  1801 Valley View Ln                    301 Tampico St
Case 13-41791                           Farmers Branch, TX  75234-8906         Irving, TX  75062-3947
Eastern District of Texas
Sherman
Wed Jan 14 13:25:33 CST 2015

Adler, Thomas C                         Aldrine, Fritz                         Allen, Jimmy
6101 W Paseo Cimarron                   1720 Lemon Mint Ct                     17636 E. 790 Road
Tucson, AZ  85750                       Austin, TX  78733-5700                 Crawford, OK  73638-6035



Alpha Testing, Inc.                     Angell, Danny & Stacey                 Asota Resources Company
2209 Wisconsin St Ste 100               15888 64th St                          Ronald J. Bach
Dallas, TX  75229-2087                  Becker, MN  55308                      Managing General Partner
                                                                               6625 Dakota Trail
                                                                               Edina, MN 55439-1118


Attorney General Of Texas               Azar, Anthony                          BMW Financial Services
Tax Division - Bankruptcy               1200 Regal Row                         300 Chestnut Ridge Rd
PO Box 12548                            Austin, TX  78748-3715                 Woodcliff Lake, NJ  07677-7739
Austin, TX  78711-2548



Bach, Ron                               Baffer, Norm                           (p)BANK OF AMERICA
6625 Dakota Trl                         3001 S Freeman Rd                      PO BOX 982238
Edina, MN  55439-1118                   Williamsburg, VA  23185-7662           EL PASO TX 79998-2238



Barnhart, Havey                         Baschnagel, Brian                      Bee County
6724 N Long Ave                         1824 Ridgewood Ln W                    Linebarger Goggan Blair & Sampson LLP
Odessa, TX  79764-9550                  Glenview, IL  60025-2206               2777 N. Stemmons Fwy
                                                                               Suite 10000
                                                                               Dallas, TX 75207-2277


Bernard, Chris                          Blackerby, Ted                         Booker, William
3142 N 90th St                          1204 Town Oakes Court                  10582 Pamela St
Mesa, AZ  85207-9117                    Carrollton, TX 75006                   Cypress, CA  90630-4938



Branbritt Copier Services               Brown, Glendon                         COLLIN COUNTY TAX ASSESSOR/COLLECTOR
PO Box 171291                           7860 Laura St NW                       C/O GAY MCCALL ISAACKS ET AL
Dallas, TX  75217-1155                  Massillon, OH  44646-9037              777 E 15TH ST
                                                                               PLANO TX 75074-5799



David L. Campbell                       Carpenter, Ken                         Carpenter, Scott
Underwood Perkins, PC                   10600 Breckinridge Rd                  12321 Mermil Rd
5420 LBJ Freeway Suite 1900             Enid, OK  73701-9590                   Portage, OH 43451-9623
Dallas, TX 75240-6230



Cartman, Paul                           Cbeyond                                Certcon Services
5 Faust Ct                              320 Interstate North Pkwy SE           PO Box 17150
Ann Arbor, MI  48108-2516               Atlanta, GA  30339-2213                Fort Worth, TX  76102-0150
```

```
Chambers, Charles                Chambers, Mark                   Charles Gilmer
6425 Greenbriar Ln               7621 Grassland Dr                P.O. Box 665
Fort Worth, TX  76132-3037       Fort Worth, TX 76133-7921        Vernon, AL 35592-0665


City Of Mansfield                Eboney Cobb                                  Collin County Tax Assessor
1200 E Broad St                  Perdue Brandon Fielder Collins & Mott        c/o David McCall
Mansfield, TX  76063-1805        500 E. Border Street, Suite 640              777 E. 15th St.
                                 Arlington, TX 76010-7457                     Plano, TX 75074-5799


Collord, Jim                     (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS      Core Laboratories
1239 Parkview Dr                 REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION  6316 Windfern Rd
Elko, NV  89801-2531             PO BOX 13528                                 Houston, TX 77040-4950
                                 AUSTIN TX 78711-3528


Cox, Suzanne                     Crenweige, Ted                   David Shelton
3818 Kendale Dr                  2709 28th St                     5610 San Saba Ave
Gautier, MS  39553-5217          Snyder, TX  79549-2417           Midland, TX  79707-5066


Davis, David                     Davis, Ed                        Deitrich, Hans
13403 Westport Ln                8707 Honeysuckle Trl             140 Maywood Cir
Houston, TX  77079-3420          Austin, TX  78759-7514           Coppell, TX  75019-4025


Denson, Dennis                   Drappo, Richie                   Drillinginfo.Com
8751 Hightower Dr                1817 N 92nd St                   PO Box 5545
North Richland Hills, TX 76182-6176   Mesa, AZ  85207-3307        Austin, TX  78763-5545


Michael Durrschmidt              Elliott, Robert G                Esch, Gordon
1415 Louisiana, 36th Floor       6101 E Paseo Cimarron            7 Strathaven Dr
Houston, TX 77002-7360           Tucson, AZ  85750-1114           Pinehurst, NC  28374-9779


Estate of Charles F. Chambers    Fanning, Ron                     Gaither Petroleum
7621 Grassland Dr.               422 Magnolia St                  1800 Groeschke Rd
Fort Worth, TX 76133-7921        Celina, OH  45822-1254           Houston, TX  77084


Garrett, Dale                    Gilmer, Charles                  Gilmer, Charles
9617 NW 4th St                   54393 Hwy 175                    54399 Hwy 175
Oklahoma City, OK  73127-2962    Sulligent, AL  35586             Sulligent, AL  35586


Goldwater, Susan                 Grand Isle Shipyard              Granite Resources, LLC
881 San Lucas Ave                PO Box 820                       3000 Custer Road #270-196
Mountain View, CA  94043-1938    Galliano, LA  70354-0820         Plano, TX 75075-4422
```

Griffith, Sherman
2009 Shumard Ln
Flower Mound, TX  75028-7621

Grossman, Steve
(Grossman Family Investment Group)
18528 Highland Creek Ln
Dallas, TX  75252-2733

Grossmann, Steve
18528 Highland Creek Ln
Dallas, TX  75252-2733

Guskin, David
7805 Laurel Leaf Dr
Potomac, MD  20854-1768

Guskind, David
7805 Laurel Leaf Dr
Potomac, MD  20854-1768

Hahn, Joe
2315 Melinda Dr
Owings Mills, MD  21117-2317

Hamilton, Jeff
8708 Paradise Dr
McKinney, TX  75070-6429

Hammons, Bob
731 Paradise Cv
Shady Shores, TX  76208-5143

Hand, David
6101 E Paseo Cimarron
Tucson, AZ  85750-1114

Harkin, Edgar/Loretta
571 Shilling Dr
Elm Mott, TX  76640-3466

Harter, Gil
1014 Pepperidge Ct
Midland, MI  48640-2717

Hassan, Shahalam
212 Tampico St
Irving, TX  75062-8108

Hatch, Lowell
6373 Autumn Crest Ct
Westerville, OH  43082-8963

Hatch, Ron
6625 Dakota Trl
Edina, MN  55439-1118

Heiny, Richard
17 Brown Ct
Midland, MI  48640-4317

Henderson, Greg
6 Power Way
Stafford, VA  22554-6516

Henry, Meredith
1372 Parkview Estates Dr
Ellisville, MO  63021-4643

Larry Kent Hercules
1400 Preston Road, Suite 400
Plano, TX 75093-5189

Heye, William
4561 Crosstimber Dr
Plano, TX  75093-3352

Hile, Wayne
PO Box 257
Hygiene, CO  80533-0257

Hodges, George
7729 Bermejo Rd
Fort Worth, TX 76112-6118

Horizon Mud Company
500 W Wall St
Midland, TX  79701-5074

Hotze, John
2620 Gallery Ct
Cameron Park, CA  95682-8640

Laurie Spindler Huffman
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Hutchings, Matthew
4566 E Meadowview Dr
Gilbert, AZ  85298-4001

IHS Global
15 Inverness Way E
Englewood, CO  80112-5710

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

JC Graphics
2642 Brenner Dr
Dallas, TX  75220-1320

JLB Contracting
7151 Randol Mill Rd
Fort Worth, TX  76120-1601

Jacobs Engineering
777 Main St
Fort Worth, TX  76102-5304

| | | |
|---|---|---|
| James R. Weiss<br>10945 Woodberry Ln<br>Iron River, WI 54847-4431 | Jay, Michael P<br>6101 W Paseo Cimarron<br>Tucson, AZ 85750 | Jeremy Soder<br>850 Central Pkwy E Ste 105<br>Plano, TX 75074-5517 |
| Johnson, Larry<br>5732 Midway Dr<br>Huntington Beach, CA 92648-1022 | Josh Dirlam<br>14791 Martin Dr<br>Eden Prairie, MN 55344-2009 | Jury, Victor<br>8308 Thistle Ct<br>North Richland Hills, TX 76182-8640 |
| Kelly Hart Hallman<br>201 Main St Ste 2500<br>Fort Worth, TX 76102-3194 | Kelly, Wayne<br>25275 La Loma Dr<br>Los Altos Hills, CA 94022-4582 | Kenneth Maun, Collin County Tax Assessor<br>PO Box 8006<br>McKinney, TX 75070-8006 |
| Koch, John<br>23887 Jamestown Ave<br>Monroe, OR 97456-9770 | Kolar, Charles<br>5073 Reynosa Dr<br>Saint Louis, MO 63128-2733 | Krause, Bill<br>49125 Serenata Ct<br>La Quinta, CA 92253-2413 |
| Lamb, Clyde<br>PO Box 798<br>Mansfield, TX 76063-0798 | Larsen, Al<br>1809 Catalina Cir<br>Sherman, TX 75092-2308 | Lawrence, Steve<br>PO Box 120894<br>Arlington, TX 76012-0894 |
| Layton, James<br>1705 Duke Dr<br>Richardson, TX 75081-3011 | Lebby, Robert A<br>6101 S Paseo Cimarron<br>Tucson, AZ 85750 | Lenz, Russell<br>212 Mill Xing W<br>Colleyville, TX 76034-3660 |
| Lexis/Nexis<br>500 N Akard St<br>Dallas, TX 75201-6619 | Lister, John<br>4549 Pecan Valley Dr<br>Plano, TX 75093-3327 | MANSFIELD ISD<br>C/O PERDUE, BRANDON, FIELDER, ET AL<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 |
| MAP Communications<br>840 Greenbrier Cir<br>Chesapeake, VA 23320-2624 | Maeyers, Dan<br>6848 S US Highway 287<br>Rhome, TX 76078-2800 | Mark Adcox Contracting<br>1510 Randolph St<br>Carrollton, TX 75006-8906 |
| Mars, Eric<br>804 Ahuwale St<br>Honolulu, HI 96821-1604 | Mason Map Service<br>814 San Jacinto Blvd<br>Austin, TX 78701-2679 | David McCall<br>Gay, McCall, Isaacks, et al<br>777 East 15th Street<br>Plano, TX 75074-5799 |
| McElree & Smith, P.C.<br>McElree Smith, PC<br>c/o David L. Campbell, Esq.<br>Plaza of the Americas-South Tower<br>600 N. Pearl Street, Suite 1600<br>Dallas, TX 75201-2835 | McElree Smith<br>600 N Pearl St Ste 1600<br>Dallas, TX 75201-2835 | McIsaac, Betsy<br>2 Brownell Ln<br>Pittsford, NY 14534-1720 |

```
Miss Lou Operating              Mitchell, Phil                  Mitchell, Phil
225 N Columbia St               2057 N 1400th East              2057 N 1400th East
Covington, LA  70433-3245       Logan, UT  84341-2045           North Logan, UT  84341-2045


Morgan, JOhn                    NEC Financial Services          National Notary Association
2334 Ravenwood Dr               250 Pehle Ave Ste 309           9350 De Soto Ave
Grand Prairie, TX  75050-2027   Saddle Brook, NJ  07663-5832    Chatsworth, CA  91311-4926


National Telesystems            Noise Attenuation Construction  Office Of The U.S. Trustee
10525 Newkirk St Ste 220        900 Taylor Rd                   Eastern District Of Texas
Dallas, TX  75220-2330          Weatherford, TX  76087-5001     211 W Ferguson St 4th Fl
                                                                Tyler, TX  75702-7200


PRESIDENTIAL HOLDINGS & INVESTMENTS, LTD.   PS Business Park    Parish, Ron
C/O ISAAC D. ROTHSCHILD                     120 Business Pkwy   13277 26th St N
MESCH, CLARK & ROTHSCHLD, P.C.              Richardson, TX  75081-5005   Stillwater, MN  55082-1513
259 NORTH MEYER AVENUE
TUCSON, AZ 85701-1090


Patel, Dilip                    Pavliska, Mary                  Perry, Richard
2336 Churchill Dr               7366 Fm 318                     1201 Libra Dr
Milpitas, CA  95035-7514        Hallettsville, TX  77964-5643   Lincoln, NE  68512-9331


Plano Office Supply             Pollock, Ryan                   Ponton, Anthony
705 K Ave                       20841 Ventura Blvd # 148        51396 Fantasia Dr
Plano, TX  75074-1308           Woodland Hills, CA  91364-2319  Macomb, MI  48042-6038


Povondra, Bill                  Presidential Holdings & Investment, Ltd.   Priest, Roy
4050 Challenger Dr              c/o Isaac D. Rothschild         3242 Golfing Green
Lake Havasu City, AZ  86406-9256   Mesch, Clark & Rothschild, P.C.   Dallas, TX  75234
                                259 North Meyer Avenue
                                Tucson, AZ 85701-1090


Prince, Michael                 Raybould, Robin                 Real Estate Information Services
520 Baylor Dr                   40 E 94th St Apt 16B            PO Box 43078
Greenville, TX  75402-8005      New York, NY  10128-0735        Providence, RI  02940-3078


Reeves, Rustin                  Roggenkamp, Gary                Ronald H. Fanning
1818 Haverford Dr               1063 Paradise Acres             422 Magnolia St.
Allen, TX  75013-3055           Galesburg, IL  61401-8482       Celina, OH 45822-1254


Ross Wright, Tarrant County Tax Assessor   Isaac Rothschild     Rustin E. Reeves
100 E Weatherford St            259 N. Meyer Avenue             PO Box 174
Fort Worth, TX  76196-0206      Tucson, AZ 85701-1090           7801 Alma Drive, Suite 105
                                                                Plano, TX  75025-3483
```

| | | |
|---|---|---|
| Sadler Law Firm<br>1900 West Loop S Ste 700<br>Houston, TX  77027-3282 | Sadler Law Firm LLP<br>c/o Michael J. Durrschmidt<br>Hirsch & Westheimer, PC<br>1415 Louisiana, 36th Floor<br>Houston, TX 77002-7360 | Sadler Law Firm, L.L.P.<br>c/o Michael J. Durrschmidt<br>Hirsch & Westheimer, PC<br>1415 Louisiana, 36th Floor<br>Houston, Texas 77002-7360 |
| Salas, Lee<br>PO Box 213<br>Green River, WY  82935-0213 | Secretary Of State Of Texas<br>1019 Brazos St<br>Austin, TX  78701-2413 | Shalaby, Samer<br>58 Hartwood Meadows Dr<br>Fredericksburg, VA  22406-4879 |
| Shideler, Mark<br>856 Coffeen Ave<br>Sheridan, WY  82801-5318 | Shore, Larry<br>805 Avalon Dr<br>Seal Beach, CA  90740-5907 | Shore, Ryan<br>8401 N Central Expy Ste 700<br>Dallas, TX  75225-4405 |
| Shunk, Jeff<br>848 N Aurelius Rd<br>Mason, MI  48854-9560 | Sitka, Bob<br>125 Maureen Dr<br>Bristol, CT  06010-2921 | Skibell, Carl<br>Saharca Partners<br>25 Lakeside Park<br>Dallas, TX  75225-8110 |
| Smith, Brett<br>3106 Debra Ct<br>Garland, TX  75044-2034 | Sparkletts<br>5660 New Northside Dr NW Ste 500<br>Atlanta, GA  30328-5826 | Steinsberger Shale Consulting<br>401 Vintage Ct<br>Colleyville, TX  76034-7601 |
| Stephens, Jim<br>2028 Whippoorwill Ln<br>Carrollton, TX  75006-4812 | Stewart, Jack<br>6558 S Garland Way<br>Littleton, CO  80123-3122 | Stewart, John<br>6558 S Garland Way<br>Littleton, CO  80123-3122 |
| Stiles, Bill<br>8090 Stiles Ranch Rd<br>Wheeler, TX  79096-7724 | Stock, Nate<br>19108 Pacific Coast Hwy<br>Malibu, CA  90265-5407 | Strange, Michael<br>108 Johnny Cake Mtn Rd<br>Burlington, CT 06013-1614 |
| Summeral, Kippy<br>13227 Briargrove Ave<br>Baton Rouge, LA  70810-5169 | Symns, Jerry<br>601 Van Zandt<br>Mabank, TX  75147 | TEAM Capital<br>4511 N Campbell Ave Ste 151<br>Tucson, AZ  85718-6413 |
| TICC Property Management<br>2350 Valley View Ln<br>Irving, TX  75062 | Tarrant Abstract & Title<br>100 W Weatherford St<br>Fort Worth, TX 76196-0204 | Tarrant County<br>Linebarger Goggan Blair & Sampson,LLP<br>c/o Laurie Spindler Huffman<br>2777 N Stemmons Freeway<br>SUite 1000<br>Dallas, TX 75207-2328 |
| Tarrant County<br>c/o Laurie Spindler Huffman<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | The Hartford<br>3000 Internet Blvd<br>Frisco, TX 75034-2775 | Thomas, Geoff<br>6101 W Paseo Cimarron<br>Tucson, AZ  85750-1114 |

| | | |
|---|---|---|
| Thompson, Dennis<br>421 Monmouth Dr<br>Cranberry Twp, PA 16066-5755 | Tim Robertson<br>4511 N Campbell Ave Ste 151<br>Tucson, AZ 85718-6413 | Turner, Jayson<br>4215 Crescent Dr<br>Granbury, TX 76049-5387 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Unishippers<br>746 E Winchester St Ste 200<br>Salt Lake City, UT 84107-8513 |
| Vanderra Resources<br>PO Box 122448<br>Fort Worth, TX 76121-2448 | Vanderra Resources, LLC Liquidating Trust<br>c/o Scouler & Company<br>1801 Centry Park East, Suite 2400<br>Los Angeles, CA 90067-2326 | Verizon<br>641 W Plano Pkwy Ste 307<br>Plano, TX 75075-8970 |
| Vernon Rodrigue, Clerk of Court<br>Lafourche Parish Clerk of Court<br>PO Box 818<br>Thibodaux, LA 70302-0818 | Villalva, Michael<br>7493 Seawood Dr<br>Frisco, TX 75035-8971 | Voelker, Keith<br>3474 Ault View Ave<br>Cincinnati, OH 45208-2519 |
| Wachter, Lois/Art<br>1111 Wickdale Dr<br>Houston, TX 77024 | Waggle, Doyle<br>140 Stuart Ln<br>Eureka, MO 63025-1639 | Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 |
| Mark A. Weisbart<br>The Law Offices of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | Weiss, Jim<br>9350 Day Valley Dr<br>Houston, MN 55943-8394 | Welch, Craig 'Tony'<br>33 Kaleidiscope<br>Cody, WY 82414-8362 |
| Wells, Tim<br>6806 Augusta Pines Pkwy E<br>Spring, TX 77389-4057 | Wentzell, Gordon<br>40 Nottingham Rd<br>Deerfield, NH 03037-1500 | Willess, Charles<br>PO Box 1876<br>Vista, CA 92085-1876 |
| Wood Wilson Company<br>8131 Lyndon B Johnson Fwy Ste 220<br>Dallas, TX 75251-1342 | Wood, Robert<br>958 Turner Lake Trl<br>Crossville, TN 38571-1917 | Wood, Wendell<br>6910 Lindemann Rd<br>Holland, TX 76534-4044 |
| Zilkey, Brian<br>154 Colborne St<br>Simco, ON Canada, | | |

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>PO Box 982238<br>El Paso, TX  79998-2238 | Comptroller Of Public Accounts<br>Capitol Station<br>PO Box 13528<br>Austin, TX  78711-3528 | (d)State Comptroller Of Texas<br>Capital Station<br>111 E. 17th Street<br>Austin, TX  78774-1440 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Mansfield ISD<br>c/o Perdue Brandon Fielder et al<br>PO Box 13430<br>Arlington, TX  76094-0430 | (d)Mark A. Weisbart<br>The Law Offices of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX  75251-1366 | End of Label Matrix<br>Mailable recipients   204<br>Bypassed recipients     2<br>Total                 206 |